UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In Re:                              )
                                    ) Case No. 05-44549-*399*
                                    ) Chapter 13
Joel Dennis Cooper and Michelle Marie )
         Cooper
                                    ) ORDER FOR PAYMENT OF
                                    ) UNCLAIMED FUNDS
                    Debtor(s)       )

Upon application and in accordance with the provisions of 28 USC Section 2042, it is

Ordered that, following review by the Clerk of the sufficiency of the Affidavit of Creditor Information, the Clerk of the US Bankruptcy Court is directed to remit to Resurgent Capital Services LP c/o Dilks & Knopik, LLC, the sum of $274.85 now held as unclaimed funds in the treasury for creditor LVNV Funding LLC.

DONE and ORDERED at St. Louis, Missouri this *18th* day of *November*, 20*16*.

_____
United States Bankruptcy Judge